■ In the Matter of SONYA JOHNSON, Individually and on Behalf of Her Infant Son, Appellant, v PHILIP TOIA, as Commissioner of the New York State Department of Social Services, et al., Respondents. (Appeal No. 2.)— Judgment unanimously reversed, without costs, determination annulled and petition granted in accordance with same memorandum as in *Matter of Derocha v Berger* (55 AD2d 1042). (Appeal from judgment of Onondaga Supreme Court—art 78.) Present—Marsh, P. J., Moule, Cardamone, Simons and Witmer, JJ.